UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:24-CR- |
| | : | |
| v. | : | (JUDGE        ) |
| | : | |
| CONNIE BOTT, | : | |
| Defendant | : | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
26 U.S.C. §7206 (1)
(Declaration Under Penalty of Perjury)

On or about October 15, 2018, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**CONNIE BOTT**,

did willfully make and subscribe a U.S. Individual Income Tax Return, IRS Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant, **CONNIE BOTT**, did not believe to be true and correct as to every material matter. That U.S. Individual Income Tax Return, IRS Form 1040, which was prepared and signed in the Middle District of Pennsylvania and was filed with the Internal Revenue Service, stated that the

defendant and her spouse's joint total income for the calendar year 2017 was $100,727 and that the amount of tax due and owing was $7,791. In fact, the defendant knew that her and her spouse's joint taxable income for the calendar year 2017 was greater than the amount reported on the tax return, to wit: the unreported income for calendar year 2017 totaled $30,457 and the additional tax due totaled $7,246.

All in violation of Title 26, United States Code, Section 7206 (1).

GERARD M. KARAM
United States Attorney

Date: August 28, 2024     By: _____
WILLIAM A. BEHE
Assistant United States Attorney